UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Shunta Patton )
_____ )  1:22-cv-05286
_____, )  Judge Jorge L. Alonso
   Plaintiff(s), )  Magistrate Judge Heather K. McShain
 )  RANDOM
 )
vs. )  Case No.
 )
Wal mart )
_____ )
_____, )
 )
   Defendant(s). )

RECEIVED
SEP 27 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Shunta S Patton.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____, is
   (name, badge number if known)
   
   2022 SEP 27 PM 4:56

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about 12-28-2021 , at approximately 12:00 ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   _____, in the County of _____,
   State of Illinois, at Orland Hills Walmart _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: Did not want to honor my ADA accommodation any more

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☒ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See ~~[scribbled]~~ attached

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

N\A

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Shunta S Patton

Plaintiff's name *(print clearly or type)*: Shunta S Patton

Plaintiff's mailing address: 14942 Albany Ave

City Markham  State IL  ZIP 60428

Plaintiff's telephone number: (708) 983-9972

Plaintiff's email address *(if you prefer to be contacted by email)*: Shunta3477@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

    *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Shunta S. Patton

Charge No: 440-2022-02726

EEOC Representative and email:  Katarzyna Hammond
Investigator
katarzyna.hammond@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-02726.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
6/30/2022

Julianne Bowman
District Director

**Cc:** Walmart c/o Littler Mendelson, P.C.

Please retain this notice for your records.

Dear, EEOC

I've made several attempts to talk to member of management whether it was on the phone or in person.

June 30 2021, I came in to talk to management, Walmart ACC told me they sent management some questions about me, it was pending for weeks. I saw Takeisha (she was the front-end coach) she was on an electric cart the first thing she said to me was that she was busy. I said "You're not going to look at your email to see if Walmart ACC sent you something for me, she finally looked and said "They did not". I tried to speak to store manager Jose, he would not speak to me. He told one of the leads he was busy but before I left, I seen store manager Jose talking to a vendor, Francis, also a couple associates. Takeisha did find out that Walmart ACC did send store manager Jose the email so she said she would take care of it. Takeshia called while I was still on leave of absence at that time I did not know when I was coming back. She wanted to tell me about the new schedule, I did call home office because I was told from my previous store management is not supposed to call you on leave of absence. In addition, I was told she favors male associates.

October 13 2021, I got a letter from Walmart ACC saying my extended leave was denied because I was past 52 weeks, I called the store to talk to management. I called sherry she told me I had to talk to Takeisha but it was inventory and management work long hours. Sherry stated that she would send Takeisha an email about what I wanted but never heard from Takeisha. Sherry also mentioned that I was also on her list.

November 4 2021, I came into the store to talk to Sherry about the email Walmart ACC sent me letting me know that I am past 52 weeks on my leave. Sherry she would give Takeisha my number she said Takeisha was off today, she said she would talk to Takeisha tomorrow but I never got a call from her the next day. But back in June Takiesha did leave a message on my voicemail stating that she had important business matter to discuss, so I called her back to see what she wanted she said "I know you are on a leave of absence" telling me about my new schedule and that my new days of would-be Saturday and Tuesday. I later found out she changed my schedule in the system. I was still on leave and not in the building, so the next day I called Sherry to find out why Takeisha called me. I called home office to let them know what Takiesha did and the guy from home office called me back to tell me that was a wellness check. I've been on leave of absence before and I have never had one member of management call to see how I was doing.

December 21 2021, I came in to the store to talk Sherry so I can talk to store manager Jose. Sherry said she called and texted him but he did not answer. Sherry said she has not heard store manager Jose in 4 ½ hours and Sherry said she was leaving and also said that she had a doctor's appointment and that it has been crazy busy. She gave me my last check and I told everyone that I talked to today it would be a waste of time. I did some shopping before I left the store. I see store manager Jose and some of his management team by the dairy department, this was the second time store manager blew me off. But Sherry said he finally texted her for me to come back and meet with him on December 28 at 12pm. (I feel that Sherry likes to say that she has a doctor's appointment as a code for associates to get out of her office because she has told me that more than once when I needed something) I waited back in her office for 30 mins to see if she was going to find the store manager, she came back and said she was going to be late for her doctor appointment and I even told her that Takeisha never contacted me when I came in the office. I am not even sure if Sherry gave the messages to Takeisha because I was told that

Takeisha the front-end coach got promoted to a market manager and she was leaving at the end of December.

December 28 2021, I came into the store for my 12:00 meeting with store manager Jose and Sherry from personnel trying to get reinstated. I got an email from Sedwick letting me know that Walmart has terminated me as of 12/15/2021 but I received the email on 12/20/21. I told store manager Jose what was going on with me. I've been trying to talk to him since June 2021, he would never meet with me. It just made me feel like he was blowing me off. I was on leave of absence when he came to the store, so he does not know me, so it made me feel some type of way. I also told store manager Jose I tried to reach out October 13 2021 that was during their inventory he told me that they were short staff and busy. I told him that I had eye surgery scheduled for October 26 2021 and I already had other appointments scheduled because Walmart does not like you taking off between November to January.

My eye doctor was talking about doing my other eye. Store manager Jose asked how long have I been with the Walmart, so I distinctly told him 18 years and Orland Hills was my second store. Sherry from personnel and store manager Jose kind of said something to cause a red flag for me. Sherry asked if I still needed accommodations I said yes. The cause of the red flag was that I already had accommodations way before I took my leave of absence. I fell off my stool in 2017. Judy from market manager already approved my stool back in 2017 and she called Walmart accommodations to make sure everything was straight because I had more than one accommodation. What the doctor stated was that my condition was chronic and that my ada didn't have to be renewed and that I would be able to use my stool and get my additional breaks according to my ada because I got hurt at that Walmart. Sherry then asked me if I still wanted to be a cashier and I told her yes. Then stated things changed. Then store manager Jose said he would not make a decision to reinstate me right now. He said he would get with his management team and he would look at my file and back to me at 4pm (I do not know none of the management team and they do not know me). Store manager Jose gave me a red flag as well when I mentioned an accommodation, he said we would have to call them.

When he said that it made me think he didn't want to deal with them. I got a call from sherry at 5:16pm that was a red flag as well because she didn't call at 4pm she called at 5:16pm so I knew something wasn't right. Sherry basically told me that store manager Jose didn't not want to talk to his management team he did not know me he told me I had to reapply. I told sherry "18 years… I would lose all of my benefits" and she lied and said she didn't know. So, store manager Jose and Sherry discriminated against me because I had accommodations and they do not want to deal with it. (When I went in the store for the meeting it was deserted and when I asked one of my co-workers, they told me that half of the store got covid.) So that's why I feel discriminated against on all levels being a woman and having accommodations. I feel that Jose and Sherry discriminated (Sherry already knew that I had accommodations and I feel that she threw me under the bus. As you can see, I tried several times to meet with management and was unsuccessful.

January 10 2022, I reached out to a case manager named Daisha Pohren. She's with the open door help line. I reached out to her and told her what my situation was and I haven't heard from her in a couple of weeks. I've left several voicemails and a couple of messages just requesting an update. She called me on January 27 2022 to tell me she could not help me. She said Sedwick did everything right and I never said

anything about Sedwick, it was all about store manager Jose, front end manager Takeisha, and Sherry from personnel. I even asked Daisha did she even talk to store manager Jose. She did not say anything. I felt like I should've had someone else investigate my termination, she did nothing for me. My last and final attempt was I emailed Walmart ethics on January 27 2022 to see if they can help me be reinstated but I'm still waiting on an update.

Sincerely, Shunta Patton

x *Shunta Patton*